# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CODY GOLDTOOTH,** <br><br> Plaintiff, <br><br> vs. <br><br> **THE WESTERN SUGAR COOPERATIVE,** <br><br> Defendant and Third-Party Plaintiff, <br><br> vs. <br><br> **DSI MECHANICAL, LLC AND ZURICH AMERICAN INSURANCE COMPANY,** <br><br> Third-Party Defendants. | 8:20CV113 <br><br><br> **ORDER** |

The parties have filed a Stipulation (Filing No. 55) agreeing that the third-party defendant, Zurich American Insurance Company, should be realigned as a party-plaintiff in this case, as no party has asserted a claim for relief directly against Zurich, and Zurich's sole claim is its notice of lien raised in its answer. Upon consideration,

**IT IS ORDERED:**

1. The parties' Stipulation (Filing No. 55) for realignment of parties is granted.

2. The Clerk of Court shall amend the docket sheet to reflect that the third-party defendant, Zurich American Insurance Company, is realigned as a plaintiff in this action.

Dated this 28th day of October, 2020.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge