IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CODY GOLDTOOTH,<br><br>    Plaintiff,<br><br>vs.<br><br>THE WESTERN SUGAR COOPERATIVE,<br><br>    Defendant and Third-Party Plaintiff,<br><br>vs.<br><br>DSI MECHANICAL, LLC AND ZURICH AMERICAN INSURANCE COMPANY,<br><br>    Third-Party Defendants. | 8:20CV113<br><br>AMENDED<br>TRIAL SETTING ORDER |

    This matter is before the Court on the Defendant's Unopposed Motion to Amend Trial Setting Order (Filing No. 104). After review of the motion and for good cause shown,

    **IT IS ORDERED** that the Defendant's Unopposed Motion to Amend Trial Setting Order (Filing No. 104) is granted, and the trial setting order is amended as follows:

1) The deadlines for identifying expert witnesses and completing expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   | | |
   |---|---|
   | For the plaintiff: | **June 30, 2023** |
   | For defendant/third-party plaintiff: | **October 16, 2023** |
   | Plaintiff's rebuttal: | **November 15, 2023** |
   | Third-Party defendants: | **December 15, 2023** |

2) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, remains **November 15, 2023**. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is **twenty-five (25).**

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

3) The deadline for filing motions to exclude testimony on *Daubert* and related grounds remains **December 1, 2023**.

4) The parties do not anticipate filing dispositive motions. Nonetheless, the deadline for filing motions to dismiss and motions for summary judgment remain **December 1, 2023**.

5) The **Final Pretrial Conference** remains scheduled to be held before the undersigned magistrate judge on **January 8, 2024**, at **10:00 a.m.**, and will be conducted in chambers. Third-party defendants may appear via video conference. The instructions to appear by video conference will be entered by separate order. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov in Word format, by **3:00 p.m. on January 2, 2024**.

6) The jury trial of this case remains set to commence before Robert F. Rossiter, Jr., Chief United States District Judge, in Courtroom 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **9:00 a.m.** on **February 12, 2024**, or as soon thereafter as the case may be called, for a duration of **five (5)** trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

7) Motions in limine and motions seeking pretrial evidentiary hearings regarding the admissibility of evidence shall be filed no later than **twenty-eight (28)** days before trial.

8) The parties are ordered to comply with **Judge Rossiter's** Civil Jury Trial Practices posted at https://www.ned.uscourts.gov/attorney/judges-information.

Dated this 25th day of August, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge