# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMIE GOLDTOOTH, Guardian and Conservator for the Estate of Cody Goldtooth, the protected person,<br><br>   Plaintiff,<br><br>   vs.<br><br>THE WESTERN SUGAR COOPERATIVE,<br><br>   Defendant and Third-Party Plaintiff,<br><br>   vs.<br><br>DSI MECHANICAL, LLC AND ZURICH AMERICAN INSURANCE COMPANY,<br><br>   Third-Party Defendants. | 8:20CV113<br><br>SIXTH AMENDED<br>TRIAL SETTING ORDER |

This matter comes before the Court on the Unopposed Motion to Extend Case Progression Deadlines (Filing No. 168). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Extend Case Progression Deadlines (Filing No. 168) is granted, and the fifth amended trial setting order is amended as follows:

1) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is extended to **August 29, 2024**.

2) The deadline for filing motions to dismiss and motions for summary judgment is extended to **August 29, 2024**.[1]

3) The **Final Pretrial Conference** remains scheduled before the undersigned magistrate judge on **December 9, 2024**, at **10:00 a.m.**, and will be conducted in chambers. Third-party defendants may appear via video conference. The instructions to appear by video conference will be entered by separate order. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov in Word format, by **3:00 p.m. on December 2, 2024**.

4) The jury trial of this case remains set to commence before Robert F. Rossiter, Jr., Chief United States District Judge, in Courtroom 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **9:00 a.m.** on **January 13, 2025**, or as soon thereafter as the case may be called, for a duration of **twelve (12)** trial days. This case is subject to the prior trial of criminal cases and such

---

[1] The parties have indicated they do not intend to file dispositive motions.

other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

Dated this 15th day of August, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge