IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAIME GOLDTOOTH, as Guardian and Conservator for the Estate of Cody Goldtooth, and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>THE WESTERN SUGAR COOPERATIVE,<br><br>Defendant and Third-Party Plaintiff,<br><br>v.<br><br>DSI MECHANICAL, LLC,<br><br>Third-Party Defendant. | 8:20CV113<br><br>**ORDER ON DESIGNATION OBJECTIONS** |

A jury trial in this matter is scheduled to begin Monday, January 13, 2025. Now before the Court are objections to deposition designations (Filing Nos. 307, 310, 312, 318, 320) submitted by plaintiff Jaime Goldtooth ("Goldtooth"), defendant and third-party plaintiff The Western Sugar Cooperative ("Western Sugar"), and third-party defendant DSI Mechanical, LLC ("DSI"). The Court's rulings on the objections submitted thus far[1] are as follows.

---

[1]As previously discussed with the parties, the Court will reserve its ruling on any objections to Goldtooth's designations of the trial deposition of Dr. Paul Janda for the time being.

**A.    John Avard**
   i.    DSI's Designations

| Page/Line | Objections – Goldtooth | Objections – Western Sugar | Ruling |
|---|---|---|---|
| 5:22-23 | | | |
| 7:17-8:3 | | | |
| 20:1-15 | | | |
| 20:21-22 | | | |
| 21:13-22:24 | | | |
| 23:14-24:5 | | 23:21-22, 25 – No personal knowledge; improper lay opinion; opinion on a legal conclusion; relevance. | Overruled |
| 25:23-28:7 | | | |
| 32:2-33:1 | | | |
| 33:14-34:16 | | | |
| 35:7-19 | | 35:7-8, 10-11, 13-14 – Argumentative; improper lay opinion; opinion on a legal conclusion; relevance. | Overruled |
| 36:19-37:5 | | 36:19-21, 23-24 – Improper lay opinion; opinion on a legal conclusion; relevance. | Overruled |
| 38:6-41:15 | | 39:20-25 – Relevance. 40:2-41:15; 41:21-42:5 – Relevance. At the time of his injury, Goldtooth was not engaged in work that required a permit (hot work, confined space, lock out/tag out). | Overruled Overruled |
| 41:21-42:5 | | | |
| 42:21-45:6 | | | |
| 46:22-47:15 | | 46:22-23 – Relevance; improper lay opinion; opinion on a legal conclusion. 46:24-47:1 – Argumentative; improper lay opinion; opinion on a legal conclusion; relevance (no claim that Western Sugar delegated responsibility for safety to DSI). | Overruled Overruled |
| 47:19-48:20 | | 47:19-21, 25 – Argumentative; improper lay opinion; opinion on a legal conclusion. | Overruled |
| 56:18-58:14 | | | |
| 64:16-65:23 | | 65:15-16 – No personal knowledge, speculation. | Sustained |
| 66:19-67:12 | | | |

2

ii.  Western Sugar's Counter-designations

| Page/Line | Objections – Goldtooth | Objections – DSI | Ruling |
|---|---|---|---|
| 20:16-21 | | | |
| 20:23-21:12 | | | |
| 24:6-25:9 | | | |
| 35:21-36:18 | | | |
| 45:24-46:1 | | Asked and answered at 45:4-6. | Overruled |
| 47:16-18 | | | |
| 53:2-9 | | | |
| 55:9-56:17 | | | |

**B. Dave Devore**
    i.  Goldtooth's Designations

| Page/Line | Objections – Western Sugar | Objections – DSI | Ruling |
|---|---|---|---|
| 8:15-17 | | | |
| 11:23-12:17 | | | |
| 12:23-15:6 | | | |
| 15:11-24 | | | |
| 16:3-16 | | | |
| 20:4-20 | Relevance. | | Overruled |
| 20:25-21:2 | | | |
| 21:3-22:11 | | | |
| 22:24-23:3 | | | |
| 23:18-24:7 | | | |
| 24:13-15 | | | |
| 25:22-26:23 | | | |
| 30:18-23 | 30:18-19, 22 – Relevance, 403, financial status of a party. See Motion in Limine to exclude evidence of project budget. (Filing # 255 and 256) | | Sustained |
| 31:11-20 | | | |
| 32:1-7 | | | |
| 38:6-20 | Relevance, 403, 404. | | Overruled |
| 38:24-40:6 | | | |
| 40:14-21 | | | |
| 40:22-41:16 | | | |
| 41:22-42:5 | | | |
| 45:2-20 | Relevance. | | Overruled |
| 46:1-47:1 | Relevance. | | Overruled |
| 51:2-20 | Relevance. | | Overruled |

3

| Page/Line | Objections – Western Sugar | Objections – DSI | Ruling |
|---|---|---|---|
| 56:19-57:17 | | | |
| 59:8-12 | | | |
| 61:15-62:4 | Relevance, 403, hearsay, settlement. See Motion in Limine to exclude evidence of OSHA citations, investigation, and settlement (Filing # 255 and 256). | | Sustained |
| 63:6-15 | | | |
| 64:12-66:1 | | | |
| 66:23-67:25 | | | |
| 70:23-71:9 | | | |
| 72:2-11 | | | |
| 75:10-18 | | | |
| 75:19-76:4 | | | |
| 77:20-78:13 | | | |
| 78:14-79:5 | | | |
| 83:6-85:4 | Relevance, 403, hearsay, settlement. See Motion in Limine to exclude evidence of OSHA citations, investigation, and settlement (Filing # 255 and 256). | | Sustained |
| 85:15-86:11 | 85:22-86:11 – Relevance, 403, hearsay, settlement. See Motion in Limine to exclude evidence of OSHA citations, investigation, and settlement (Filing # 255 and 256). | | Sustained |
| 87:12-20 | | | |
| 88:10-22 | 88:10-15, 19-21 – Improper opinion regarding a legal conclusion. | | Overruled |
| 90:25-91:10 | 91:4-6 – Misstates standard and would impose strict liability, improper opinion regarding a legal conclusion. | | Sustained |
| 92:8-11 | | | |
| 92:12-20 | Relevance, 403, hearsay, settlement. See Motion in Limine to exclude evidence of OSHA citations, investigation, and settlement (Filing # 255 and 256). | | Sustained |
| 93:14-94:2 | | | |
| 96:11-97:3 | Relevance, 403, hearsay, settlement. See Motion in | | Sustained |

4

| Page/Line | Objections – Western Sugar | Objections – DSI | Ruling |
|---|---|---|---|
| | Limine to exclude evidence of OSHA citations, investigation, and settlement (Filing # 255 and 256). | | |
| 98:20-25 | | | |
| 99:24-100:19 | Improper opinion regarding a legal conclusion. | | Overruled |
| 100:20-25 | | | |
| 104:16-105:5 | | | |
| 111:11-112:4 | | | |
| 113:4-6 | | | |
| 113:11-15 | | | |
| 114:20-115:2 | | | |
| 117:14-118:3 | | | |
| 119:5-11 | | | |
| 122:23-123:6 | | | |
| 123:7-13 | | | |
| 127:14-18 | | | |
| 131:7-20 | | | |
| 132:2-18 | | | |
| 139:11-22 | | | |
| 143:23-144:11 | Relevance, 403. See Motion in Limine to exclude evidence of OSHA citations, investigation, and settlement (Filing # 255 and 256). | | Sustained |
| 145:2-7 | Relevance, 403, subsequent remedial measures. | | Sustained |

ii. Western Sugar's Counter-designations

| Page/Line | Objections – Goldtooth | Objections – DSI | Ruling |
|---|---|---|---|
| 23:5-17 | | | |
| 24:8-11 | | | |
| 91:21-4 | | | |
| 94:3-95:11 | | | |
| 99:1-10 | | | |
| 104:5-15 | | | |
| 139:23-140:5 | | | |

      iii.      DSI's Counter-designations

| Page/Line | Objections – Goldtooth | Objections – Western Sugar | Ruling |
|---|---|---|---|
| 139:23-140:5 | | | |

**C.    Kacey Fox**
      i.      Goldtooth's Designations

| Page/Line | Objections – Western Sugar | Objections – DSI | Ruling |
|---|---|---|---|
| 15:8-12, 14 | | | |
| 15:17-25 | | | |
| 16:1-25 | | | |
| 17:1-7 | | | |
| 17:10-11 | | | |
| 17:13-16 | | | |
| 17:21-25 | | | |
| 18:1 | | | |
| 18:8-25 | | | |
| 19:1-25 | 19:24-20:3 – Misstates testimony. | | Overruled |
| 20:3 | | | |
| 20:14, 17-20 | 20:14-20 – Hearsay. | | Need to see exhibit |
| 23:2-25 | | | |
| 24:4-19 | | | |

      ii.      Western Sugar's Counter-designations

| Page/Line | Objections – Goldtooth | Objections – DSI | Ruling |
|---|---|---|---|
| 5:15-9:20 | | | |
| 9:23-10:4 | | | |
| 10:6 | | | |
| 10:8-9 | | | |
| 10:11-11:1 | | | |
| 11:3-12:19 | | | |
| 12:22-13:2 | | | |
| 13:4 | | | |
| 13:6 | | | |
| 13:9-14:14 | | | |
| 14:17-25 | | | |
| 15:13 | | | |
| 15:15-16 | | | |
| 17:8-9 | | | |
| 17:12 | | | |

| Page/Line | Objections – Goldtooth | Objections – DSI | Ruling |
|---|---|---|---|
| 17:17-20 | | | |
| 18:2-3 | | | |
| 18:6-7 | | | |
| 20:4-13 | | | |
| 24:25-25:16 | | | |
| 25:19-20 | | | |

    iii.    DSI's Counter-designations

| Page/Line | Objections – Goldtooth | Objections – Western Sugar | Ruling |
|---|---|---|---|
| 5:8-6:23 | | | |
| 7:5-12:7 | | | |
| 12:23-14:8 | | | |
| 21:14-22 | | | |

**D.**    **Charles Gibbs**
    i.    Goldtooth's Designations

| Page/Line | Objections – Western Sugar | Objections – DSI | Ruling |
|---|---|---|---|
| 9:10-22 | | | |
| 18:8-19:2 | | | |
| 19:5-24 | | | |
| 21:1-4 | | | |
| 21:10-21 | | | |
| 24:14-24 | Relevance. | | Sustained |
| 27:2-22 | 27:16-22 – Relevance. | | Overruled |
| 31:1-10 | | | |
| 32:11-20 | | | |
| 32:21-33:10 | | | |
| 40:20-41:10 | | | |
| 41:25-42:4 | | | |
| 42:5-43:1 | | | |
| 44:2-7 | | | |
| 44:20-24 | Relevance. | | Need to see exhibit |
| 45:4-18 | | | |
| 46:15-47:20 | 46:25-47:3 – Hearsay.<br>47:6-10 – Hearsay. | | Sustained<br>Sustained |
| 48:11-49:2 | 48:15-18 – Hearsay. | | Sustained |
| 50:1-6 | | | |
| 51:5-6 | | | |
| 54:2-10 | | | |
| 56:21-57:5 | | | |

7

| Page/Line | Objections – Western Sugar | Objections – DSI | Ruling |
|---|---|---|---|
| 57:8-58:20 | | | |
| 63:5-24 | Hearsay; no personal knowledge. | | Sustained |
| 65:19-25 | | | |
| 66:6-11 | | | |
| 68:6-25 | Hearsay. | | Sustained |
| 69:6-14 | | | |
| 72:7-11 | | | |
| 76:4-23 | Hearsay. | | Sustained |
| 79:5-11 | | | |
| 79:12-24 | | | |
| 80:7-18 | | | |
| 81:2-8 | | | |
| 82:7-16 | | | |
| 85:8-12 | Improper opinion regarding a legal conclusion. | | Sustained |
| 86:7-20 | | | |
| 92:2-9 | | | |
| 93:16-24 | Colloquy of counsel that should not be played for jury. We do not dispute the accuracy of the transcription of the OSHA recorded statements. The admissibility of those transcripts can be addressed elsewhere. | | Sustained |
| 96:1-14 | Relevance. | | Overruled |
| 97:1-5 | | | |
| 98:5-13 | | | |
| 99:2-8 | Relevance. | | Sustained |
| 103:9-24 | 103:9-14 – Hearsay. | | Overruled |
| 105:1-106:6 | 105:1-6 – Relevance. | | Sustained |

ii.   Western Sugar's Counter-designations

| Page/Line | Objections – Goldtooth | Objections – DSI | Ruling |
|---|---|---|---|
| 37:21-38:7 | | | |
| 39:22-40:19 | | | |
| 41:11-24 | | | |
| 51:7-8 | | | |
| 59:5-62:24 | | | |
| 69:15-21 | | | |
| 70:19-71:9 | | | |
| 84:23-85:7 | | | |

| Page/Line | Objections – Goldtooth | Objections – DSI | Ruling |
|---|---|---|---|
| 93:3-13 | | | |

### E. Cody Goldtooth
i. Western Sugar's Designations

| Page/Line | Objections – Goldtooth | Objections – DSI | Ruling |
|---|---|---|---|
| 5:14-17 | | | |
| 12:18-25 | | | |
| 14:14-16:23 | | | |
| 18:3-20:25 | | | |
| 23:3-23 | | | |
| 24:19-26:3 | | | |
| 28:5-29:25 | | | |
| 31:19-32:9 | Improper hearsay. FRE 801 and 802. | | Overruled |
| 33:23-34:13 | | | |
| 34:24-35:18 | | | |
| 36:24-38:17 | Speculative, irrelevant. | | Overruled |
| 44:1-22 | Subject to a prior ruling, irrelevant, misleading, confusing the issues, more prejudicial than probative, and character evidence. FRE 401, 402, 403, and 404. | | Sustained as to intoxication, otherwise overruled |
| 50:4-52:5 | | | |
| 53:1-3 | | | |
| 53:18-54:12 | Improper opinion and conclusion of a lay witness. FRE 702, 703, and FRCP Rule 26. | | Overruled |
| 59:12-63:17 | Improper opinion and conclusion of a lay witness. FRE 702, 703, and FRCP Rule 26. | | Overruled |
| 64:16-65:3 | | | |

ii. DSI's Counter-designations

| Page/Line | Objections – Goldtooth | Objections – Western Sugar | Ruling |
|---|---|---|---|
| 16:24-17:10 | | | |
| 21:4-22:2 | Speculative. | | Overruled |

9

**F.   Julie Goldtooth**
   i.   Western Sugar's Designations

| Page/Line | Objections – Goldtooth | Objections – DSI | Ruling |
|---|---|---|---|
| 5:8-11 | | | |
| 6:17-7:3 | | | |
| 17:11-14 | | | |
| 20:17-21:22 | | | |
| 22:22-24:12 | | | |
| 42:2-25 | | | |
| 44:24-45:1 | Speculative. | | Overruled |
| 50:12-53:9 | Speculative. Improper opinion and conclusion of a lay witness. FRE 702, 703, and FRCP Rule 26. | | Overruled |
| 56:4-57:14 | Irrelevant, misleading, confusing the issues, more prejudicial than probative, and character evidence. FRE 401, 402, 403, and 404. | | Overruled |
| 60:3-18 | Irrelevant, misleading, confusing the issues, more prejudicial than probative, and character evidence. FRE 401, 402, 403, and 404. | | Sustained |

**G.   Perry Goldtooth, Jr.**
   i.   Western Sugar's Designations

| Page/Line | Objections – Goldtooth | Objections – DSI | Ruling |
|---|---|---|---|
| 6:16-19 | | | |
| 43:20-45:3 | | | |
| 46:21-47:15 | | | |

**H.   Matt Higdon**
   i.   DSI's Designations

| Page/Line | Objections – Goldtooth | Objections – Western Sugar | Ruling |
|---|---|---|---|
| 5:12-13 | | | |
| 9:22-10:19 | | | |
| 12:10-12:24 | | | |
| 13:2-14:10 | | | |
| 15:4-6 | | | |
| 15:14-23 | | | |
| 17:24-18:18 | | | |

| Page/Line | Objections – Goldtooth | Objections – Western Sugar | Ruling |
|---|---|---|---|
| 19:5-21:9 | | | |
| 22:16-23:1 | | | |
| 23:11-15 | | | |
| 24:2-15 | | | |
| 25:2-24 | | | |
| 27:6-29:6 | | Relevance. | Overruled |
| 33:19-35:23 | | | |
| 36:25-37:8 | | | |
| 40:11-24 | | | |
| 46:4-22 | | | |
| 48:1-49:10 | | 48:1-4 – Leading; improper lay opinion; opinion on a legal conclusion.<br>48:18-20 – Leading; improper lay opinion; opinion on a legal conclusion, i.e. violation of an OSHA standard.<br>48:25-49:3 – Leading; speculation | Sustained<br><br>Sustained<br><br><br><br><br>Sustained |
| 51:6-53:22 | | 52:5-10 – Leading; argumentative<br>52:16-22 – Leading; argumentative<br>52:25-53:6 – Leading; argumentative. | Sustained<br><br>Sustained<br><br>Sustained |
| 54:18-56:6 | | 54:18-22 – Leading; argumentative.<br>55:2-10 – Leading; argumentative; relevance.<br>55:17-18 – Leading; argumentative; relevance.<br>55:23-56:3 – Leading; argumentative; relevance. | Sustained<br><br>Sustained<br><br>Sustained<br><br>Sustained |

ii. Western Sugar's Counter-designations

| Page/Line | Objections – Goldtooth | Objections – DSI | Ruling |
|---|---|---|---|
| 32:7-33:7 | | | |
| 35:24-36:6 | | Foundation, assumes facts not in evidence. | Overruled |
| 36:22-24 | | | |
| 38:6-39:8 | | | |
| 40:25-44:9 | | | |

11

**I.  Andrew Johnson**
    i.    Goldtooth's Designations

| Page/Line | Objections – Western Sugar | Objections – DSI | Ruling |
|---|---|---|---|
| 5:22-6:5 | 5:22-6:5 – Relevance, 403, hearsay. | | Sustained |
| 6:22-7:11 | 6:22-7:11 – Relevance, 403, speculation. | | Sustained |
| 18:18-25 | | | |
| 24:14-25:13 | 24:14-25:13 – Hearsay. | | Sustained |
| 29:1-12 | 29:1-12 – Hearsay. | | Sustained |
| 34:15-35:13 | | | |
| 38:8-13 | 38:8-13 – Hearsay. | | Sustained |
| 40:24-41:4 | | | |
| 41:9-15 | | | |
| 46:14-17 | | | |
| 48:1-17 | | | |
| 49:9-20 | | | |
| 50:24-51:5 | | | |
| 54:24-55:4 | | | |
| 56:6-15 | | | |
| 59:23-60:2 | | | |
| 62:11-63:9 | 62:11-63:9 – Calls for Speculation, Foundation. | | Sustained |
| 66:20-67:7 | | | |
| 68:5-11 | | | |
| 77:1-78:11 | 77:4-5 – Remove the objection. 77:13-78:4 – Calls for speculation, not based on facts in evidence. | | Sustained |
| 79:17-80:4 | 79:17 – 80:4 – Argumentative, calls for speculation, foundation, not based on facts in evidence. | | Overruled |
| 84:13-20 | | | |
| 86:20-23 | 86:20-23 – Relevance, hearsay, 403. | | Sustained |

    ii.    Western Sugar's Counter-designations

| Page/Line | Objections – Goldtooth | Objections – DSI | Ruling |
|---|---|---|---|
| 4:5-22 | | | |
| 8:11-14 | | | |
| 10:3-6 | | | |
| 10:15-17 | | | |

12

| Page/Line | Objections – Goldtooth | Objections – DSI | Ruling |
|---|---|---|---|
| 11:1-16:4 | | | |
| 16:15-24 | | | |
| 19:1-5 | | | |
| 20:9-21 | | | |
| 23:13-24:11 | | | |
| 26:6 – 28:24 | | | |
| 30:3 – 22 | | | |
| 35:15 – 38:6 | | | |
| 40:12-18 | | | |
| 41:5-8 | | | |
| 47:3-8 | | | |
| 47:23-25 | | | |
| 48:18-23 | | | |
| 51:6-52:5 | | | |
| 52:10-12 | | | |
| 52:18-53:11 | | | |
| 55:5-16 | | | |
| 55:19-56:5 | | | |
| 57:10-58:24 | | | |
| 60:3-5 | | | |
| 67:18-68:4 | | | |
| 78:17-79:16 | | | |
| 80:5-8 | | | |
| 83:23-84:12 | | | |

iii. DSI's Counter-designations

| Page/Line | Objections – Goldtooth | Objections – Western Sugar | Ruling |
|---|---|---|---|
| 35:15-36:1 | | | |
| 37:20-38:6 | | | |

**J.   Dalia Quintero**

i. Goldtooth's Designations

| Page/Line | Objections – Western Sugar | Objections – DSI | Ruling |
|---|---|---|---|
| 6: 18-25 | | | |
| 62:1-25 | | | |
| 63:1-25 | | | |
| 64:1-25 | | | |
| 65:1-25 | | | |
| 66:1-25 | 66:10-11 – Remove the objection. | | |

13

| Page/Line | Objections – Western Sugar | Objections – DSI | Ruling |
|---|---|---|---|
| 67:1-25 | | | |
| 68:1-25 | 68:15-20 – Lacks foundation, argumentative, calls for speculation.<br>68:21-69:1 – Lacks foundation, calls for speculation. | | Sustained<br><br>Overruled |
| 69:1-25 | 69:2-11 – Lacks foundation, calls for speculation. | | Overruled |
| 70:1-25 | | | |
| 71:1-25 | | | |
| 72:1-25 | 72:15-19 – Lacks foundation, calls for speculation. | | Sustained |
| 73:1-25 | 73:5 – Remove the objection.<br>73:23 – Remove the objection. | | |
| 74:1-6 | | | |

ii. Western Sugar's Counter-designations

| Page/Line | Objections – Goldtooth | Objections – DSI | Ruling |
|---|---|---|---|
| 42:7-44:3 | | | |
| 46:8-12 | | | |
| 49:8-51:3 | | | |
| 56:18-21 | | | |
| 74:11-15 | | | |

iii. Western Sugar's Designations

| Page/Line | Objections – Goldtooth | Objections – DSI | Ruling |
|---|---|---|---|
| 6:18-40:20 | Irrelevant, misleading, confusing the issues, more prejudicial than probative, and character evidence. FRE 401, 402, 403, and 404. Speculative. | | Overruled as non-specific |
| 42:7-44:3 | | | |
| 46:8-12 | | | |
| 49:8-51:3 | | | |
| 56:18-21 | | | |
| 70:5-72:4 | Irrelevant. FRE 401 and 402. | | Overruled |
| 74:11-15 | | | |

14

**K.    John Salway**
   i.    Goldtooth's Designations

| Page/Line | Objections – Western Sugar | Objections – DSI | Ruling |
|---|---|---|---|
| 8:17-9:8 | Relevance, 403. | | Overruled |
| 10:10-17 | | | |
| 17:14-19 | | | |
| 20:8-18 | | | |
| 27:11-28:6 | | | |
| 29:10-30:16 | | | |
| 36:20-25 | | | |
| 40:24-41:2 | | | |
| 41:7-13 | | | |
| 43:23-46:9 | 43:23-44:4 – Foundation, calls for a legal conclusion. | | Overruled |
| | 44:5-15 – Foundation, calls for a legal conclusion. | | Sustained |
| | 44:16-22 – Foundation, calls for a legal conclusion. | | Sustained |
| | 44:23-45:9 – Foundation, calls for a legal conclusion. | | Overruled |
| | 45:10 – 18 – Foundation, calls for a legal conclusion. | | Overruled |
| | 45:19-46:9 – Foundation, calls for a legal conclusion. | | Sustained |
| 47:5-14 | | | |
| 48:6-10 | | | |
| 55:16-56:6 | | | |
| 59:19-60:13 | 59:19 – 60:9 – Foundation, calls for a legal conclusion. | | Overruled |
| | 60:10 – 15 – Foundation, calls for a legal conclusion. | | Sustained |
| 62:3-16 | 62:7-16 – Foundation, calls for a legal conclusion. | | Overruled |
| 65:18-67:17 | Hearsay, foundation. | | Sustained |
| 68:15-69:11 | | | |

   ii.    Western Sugar's Counter-designations

| Page/Line | Objections – Goldtooth | Objections – DSI | Ruling |
|---|---|---|---|
| 10:1-9 | | | |
| 11:4-11 | | | |
| 11:25-12:10 | | | |
| 12:15-14:21 | | | |
| 18:23-20:5 | | | |
| 26:5-27:10 | | | |

15

| Page/Line | Objections – Goldtooth | Objections – DSI | Ruling |
|---|---|---|---|
| 28:7-29:9 | | | |
| 30:17-32:9 | | | |
| 56:7-11 | | | |
| 67:21-68:10 | | | |

**L. Michael Skeans**
    i.    Goldtooth's Designations

| Page/Line | Objections – Western Sugar | Objections – DSI | Ruling |
|---|---|---|---|
| 13:9-24 | | | |
| 17:3-18 | | | |
| 28:18-23 | | | |
| 30:18-31:11 | 30:18-31:11 – Relevance. | | Sustained |
| 32:19-33:8 | | | |
| 35:19-25 | | | |
| 36:9-19 | | | |
| 36:23-37:15 | | | |
| 43:15-44:7 | 43:24-44:7 – Relevance, 403, financial status of a party. | | Sustained |
| 47:2-12 | | | |
| 49:8-18 | 49:8-18 – Relevance, 403, financial status of a party. | | Sustained |
| 51:12-52:12 | | | |
| 56:8-18 | | | |
| 56:19-57:12 | | | |
| 59:18-22 | | | |
| 61:7-14 | | | |
| 62:24-64:24 | 64:11-24 – Relevance. | | Overruled |
| 71:13-72:12 | | | |
| 72:21-73:3 | | | |
| 74:21-76:1 | 74:21-76:1 – Relevance. | | Sustained |
| 76:16-24 | | | |
| 78:13-22 | 78:13-22 – Relevance. | | Sustained |
| 79:15-16 | | | |
| 80:20-81:1 | 80:21-81:1 – Relevance, objections of counsel not evidence. | | Sustained |
| 86:4-87:13 | | | |
| 88:3-9 | | | |
| 92:2-8 | | | |
| 93:19-94:9 | 93:19-94:5 – Relevance, 403, 404; See Motion in Limine to exclude evidence of unrelated | | Sustained |

16

| Page/Line | Objections – Western Sugar | Objections – DSI | Ruling |
|---|---|---|---|
| | code violations (Filing # 255 and 256). | | |
| | 94:6-9 – Relevance, 403, 404, argumentative, financial status of a party; See Motion in Limine to exclude evidence of unrelated code violations (Filing # Filing # 255 and 256). | | Sustained |
| 97:20-98:8 | 97:20-98:8 – Relevance, 403, financial status of a party; See Motion in Limine to exclude evidence of budget of project (Filing # 255 and 256). | | Sustained |
| 98:23-99:7 | | | |
| 100:12-101:9 | | | |
| 103:23-104:11 | | | |
| 105:3-15 | 105:6-7 – Argumentative, calls for an opinion regarding a legal conclusion. | | Overruled |
| 105:21-106:5 | | | |
| 108:16-109:3 | | | |
| 110:23-111:6 | 110:23-111:3 – Assumes facts not in evidence. | | Overruled |
| 113:7-9 | | | |
| 116:12-21 | | | |
| 117:1-118:2 | | | |
| 119:4-13 | | | |
| 120:9-24 | | | |
| 123:17-124:1 | | | |
| 128:6-17 | | | |
| 130:10-131:4 | | | |

ii. Western Sugar's Counter-designations

| Page/Line | Objections – Goldtooth | Objections – DSI | Ruling |
|---|---|---|---|
| 5:18-19 | | | |
| 13:25-14:5 | | | |
| 36:1-8 | | | |
| 57:13-59:17 | | | |
| 59:23-60:6 | | | |
| 61:15-62:18 | | | |
| 64:25-65:14 | | | |
| 92:9-15 | | | |

iii. DSI's Counter-designations

| Page/Line | Objections – Goldtooth | Objections – Western Sugar | Ruling |
|---|---|---|---|
| 77:1-17 | | | |
| 112:20-113:6 | | | |

**M.  Mark Suhr**
  i.  Goldtooth's Designations

Western Sugar objects to the entirety of Goldtooth's designations of Mark Suhr's deposition. Western Sugar asserts that Mark Suhr will appear and testify at trial and argues his testimony is not a party admission under Federal Rule of Civil Procedure 801(d)(2). The Court sustains this objection to the introduction of deposition testimony in Goldtooth's case-in-chief to the extent Suhr is present at trial and available to testify. Any other objections to the submitted designations are denied without prejudice as moot.

**N.  Timothy Twombly**
  i.  Western Sugar's Designations

| Page/Line | Objections – Goldtooth | Objections – DSI | Ruling |
|---|---|---|---|
| 6:21-24 | | | |
| 7:14-16 | | | |
| 7:21-9 | | | |
| 25:19-21 | Speculative. Leading question. Lacks foundation. | | Overruled |
| 41:16-44:10 | | Hearsay (43:9-44:10). | Sustained |
| 44:22-47:11 | | Hearsay (47:6-11). | Sustained |
| 60:15-18 | | | |
| 61:13-63:19 | | Hearsay, foundation, speculation (61:22-63:19). | Sustained |
| 63:21-64:1 | | Hearsay, asked and answered. | Overruled |
| 64:25-65:2 | | | |
| 65:12-66:15 | | Hearsay. | Sustained |

  ii.  DSI's Counter-designations

| Page/Line | Objections – Goldtooth | Objections – Western Sugar | Ruling |
|---|---|---|---|
| 26:7-21 | | Irrelevant and cumulative in light of the Court's prior ruling (Doc # 254). | Overruled |
| 27:3-12 | | Irrelevant and cumulative in light of the Court's prior ruling | Overruled |

18

| Page/Line | Objections – Goldtooth | Objections – Western Sugar | Ruling |
|---|---|---|---|
| | | (Doc # 254). | |
| 27:25-28:15 | | Irrelevant and cumulative in light of the Court's prior ruling (Doc # 254). | Overruled |
| 29:3-15 | | Irrelevant and cumulative in light of the Court's prior ruling (Doc # 254). | Overruled |
| 48:3-50:16 | | Irrelevant and cumulative in light of the Court's prior ruling (Doc # 254). 48:8-10 – his "assumption" is irrelevant. | Overruled  Overruled |
| 53:2-18 | Speculative. Improper hearsay. FRE 801 and 802. | | Overruled |
| 53:25-56:20 | | 54:15-19 – Improper opinion regarding a legal conclusion; argumentative; relevance. 55:23-25 – Relevance. 56:10-14 – Relevance. | Overruled  Overruled Sustained |

O. **Donovan Yazzie**
   i. Goldtooth's Designations

| Page/Line | Objections – Western Sugar | Objections – DSI | Ruling |
|---|---|---|---|
| 8:22-9:2 | | | |
| 9:15-17 | | | |
| 11:3-12 | | | |
| 13:1-13 | | | |
| 13:24-14:9 | | | |
| 20:7-21:19 | | | |
| 28:18-29:20 | | | |
| 35:14-36:1 | 35:14-20 – Lacks foundation, calls for speculation. 35:22-3 – Lacks foundation, calls for speculation. | | Sustained  Sustained |
| 36:8-15 | | | |

   ii. Western Sugar's Counter-designations

| Page/Line | Objections – Goldtooth | Objections – DSI | Ruling |
|---|---|---|---|
| 30:2-34:5 | | | |

iii. DSI's Designations

| Page/Line | Objections – Goldtooth | Objections – Western Sugar | Ruling |
|---|---|---|---|
| 6:16-17 | | | |
| 7:3-4 | | | |
| 7:10-19 | | | |
| 8:1-21 | | 8:1-2; 6-8 – Relevance. | Sustained |
| 9:15-10:4 | | | |
| 11:3-12 | | | |
| 12:22-13:14 | | | |
| 13:24-14:6 | | | |
| 16:5-17:15 | | | |
| 20:21-21:16 | | | |
| 22:19-24 | | | |
| 23:14-24:21 | | 24:3-6; 13-14 – Relevance | Overruled |

iv. Western Sugar's Counter-designations

| Page/Line | Objections – Goldtooth | Objections – DSI | Ruling |
|---|---|---|---|
| 30:2-34:5 | | | |
| 36:10-13 | | | |

IT IS SO ORDERED.

Dated this 10th day of January 2025.

BY THE COURT:

*/s/ Robert F. Rossiter, Jr.*

Robert F. Rossiter, Jr.
Chief United States District Judge