IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAIME GOLDTOOTH, as Guardian and Conservator for the Estate of Cody Goldtooth, and ZURICH AMERICAN INSURANCE COMPANY, | **8:20CV113** |
| Plaintiffs, | **ORDER** |
| v. | |
| THE WESTERN SUGAR COOPERATIVE, | |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| DSI MECHANICAL, LLC, | |
| Third-Party Defendant. | |

A jury trial in this matter began on Monday, January 13, 2025. The Court has since been advised that the parties have settled their claims. As such,

IT IS ORDERED:

1. The parties shall file a joint stipulation for dismissal or other dispositive stipulation that will fully dispose of the case by February 14, 2025.
2. Absent compliance with this order, the entirety of this case may be dismissed without further notice.
3. The pending motions at Filing Nos. 318, 320, and 324 are denied as moot.

Dated this 14th day of January 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge